AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br><br>Dakota Briscoe aka Outlaw (born in 1986)<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  20mj1547<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **September 7th, 2020** in the county of **Bernalillo** in the
District of **New Mexico**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2119 | Attempted carjacking |
| 18 U.S.C. § 2119 | Carjacking |
| 18 U.S.C. § 924(c)(1)(A)(ii) | Brandishing a firearm during the commission of a crime of violence |
| 18 U.S.C. § 924(c)(1)(A)(iii) | Discharging a firearm during the commission of a crime of violence, and |
| 18 U.S.C. §§ 922(g)(1) and 924 | being a convicted felon in possession of a firearm and ammunition |

This criminal complaint is based on these facts:

See attached affidavit.

☒ Continued on the attached sheet.

*Complainant's signature*

Isaac Romero FBI Task Force Officer
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: September 10, 2020

*Judge's signature*

City and state:  Albuquerque, New Mexico          Kirtan Khalsa, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT & ARREST WARRANT

I, Isaac Romero, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION & CRIMINAL CHARGES

1. I am a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI) and have been a sworn law enforcement officer employed with the Albuquerque Police Department (APD) since 2007. I have served as a police officer, detective and TFO. I am currently assigned to the APD Armed Robbery Unit and FBI Violent Crime Task Force (VCTF), where I primarily investigate armed robberies, carjackings, firearm offenses, and other violent crimes.

2. This affidavit is based on information obtained from APD officers and detectives; statements from witnesses and victims; surveillance video footage; and official law enforcement and court documents that I have reviewed.

3. This affidavit is submitted in support of a criminal complaint and arrest warrant charging **DAKOTA BRISCOE, aka: "OUTLAW,"** (born in 1986) with the following violations:

   a. 18 U.S.C. § 2119 attempted carjacking,

   b. 18 U.S.C. § 2119 carjacking,

   c. 18 U.S.C. § 924(c)(1)(A)(ii) brandishing a firearm during the commission of a crime of violence,

   d. 18 U.S.C. § 924(c)(1)(A)(iii) discharging a firearm during the commission of a crime of violence, and

   e. 18 U.S.C. §§ 922(g)(1) and 924 being a convicted felon in possession of a firearm and ammunition.

### PRIOR FELONY CONVICTIONS

4. BRISCOE has numerous felony convictions in the State of New Mexico, to include: (1) Unlawful taking of a motor vehicle, in or about March 2005 (D-1314-CR-2005-00162); (2) Attempted Burglary of a dwelling and Receiving or Transferring a Stolen Motor Vehicle, in or about March 2005 (D-1314-CR-2005-00166); (3) Unlawful taking of a Motor Vehicle, Criminal Damage to Property

Page | 1

(over $1000.00), and Aggravated Assault w/ a Deadly Weapon, in or about March 2005 (D-1314-CR-2005-00169); (4) Receiving and Transferring a Stolen Motor Vehicle, in or about November 2005 (D-1314-CR-2006-00055); and (5) Armed Robbery w/a Deadly Weapon and Armed Robbery (conspiracy), in or about February 2010 (D-202-CR-2010-01228).

## FACTS AND CIRCUMSTANCES ESTABLISHING PROBABLE CAUSE

### Attempted Carjacking at 3304 Herrera Road NW

5.  On September 7, 2020, at approximately 9:22am, APD Officer's CS and LA were dispatched to an attempted carjacking call at 3304 Herrera Road NW. Contact was made with the female caller, EL. EL stated a male, BRISCOE, had approached her and her husband DP while they were doing yard work in the front yard of their home. BRISCOE pointed a camouflage colored handgun at them and demanded their white Ford truck bearing New Mexico license plate 2847GF, that was parked in their driveway. EL, in fear for her safety, refused to give BRISCOE the keys to her truck and retreated into her home, ultimately calling 911. While EL was on the phone with emergency services, BRISCOE fled on foot in a western direction. BRISCOE's identification as the suspect in the aforementioned incident was determined by neighborhood surveillance imagery, which I have reviewed.

### Carjacking at 3321 Herrera Road NW

6.  As officer CS was arriving at the 3304 Herrera address, at 9:22 am, an additional call for service was created and dispatched over APD frequencies. The second dispatch location was 3321 Herrera Road NW, just a few houses west of the original call. Officer LN who was in the area, responded to the 3321 location and contacted the calling party, SC. SC was waiting in the front yard of her residence when contacted by Officer LN. SC described to officer LN that she and her niece were in their home when they heard a loud "thud." SC stated she thought the sound could have been her mother falling so she went to the living area of her home, where she encountered a male, (BRISCOE) in her home. SC recognized that BRISCOE had kicked in her door to enter her home.

7.  When encountering BRISCOE, SC stated he was armed with a handgun and he was pointing it at her and her niece AC. SC stated, BRISCOE was reaching for a set of vehicle keys that

were hanging on a key hook and when doing so, he simultaneously pointed the firearm he was holding towards the ceiling and discharged the weapon. SC and AC, in fear of being shot and killed by BRISCOE, fled towards the back of the home, and called 911. While on the phone with 911, SC returned to the living area of the home and realized BRISCOE was no longer in the house. SC then noticed her vehicle keys and 2010 gray Dodge Avenger had been taken by BRISCOE.

8.	BRISCOE's identification as the suspect in the aforementioned incident was determined by neighborhood surveillance imagery, which I have reviewed.

### Vehicle Fire at 4501 Rincon Pl NW

9.	As officer CS and LN were respectively investigating their calls for service, at 9:26 am, a third call for service was dispatched over APD frequency that was one city block southeast of Herrera Rd. The call was originally coded as a vehicle crash and was in front of 4501 Rincon Pl NW. The call was transferred from Albuquerque Fire and Rescue (AFR) which stated a lone vehicle was on fire and AFR was on scene attempting to extinguish the flames. Officer LA who was originally dispatched to assist on the attempted carjacking call at 3304 Herrera Rd NW, diverted to the vehicle fire.

10.	When arriving on scene, Officer LA provided scene security for AFR. Officer LA was on scene for approximately 26 minutes before he was notified by AFR Arson investigators that inside of the burnt vehicle (a 2013 Chevrolet Equinox) were two (2) deceased, unidentifiable persons.

11.	Once notified of the deceased persons in the burnt vehicle, officers secured the scene and requested homicide detectives respond to the location.

12.	Meanwhile, officers canvassed the neighborhood for potential witnesses and surveillance video. A home owner at 4501 Rincon Pl NW was contacted by officer LN. The homeowner, LA advised officer LN that he had video cameras affixed to the front of his home and he provided access to officer LN. Officer LN viewed the footage which showed a male, wearing dark colored t-shirt and black and white shorts, standing at the opened driver's door of the burnt vehicle. That same male is then seen walking in a northwestern direction to the yard of 4505 Rincon Pl NW. Once at the 4505 address, the male

is seen communicating with an unknown person at the home and shortly thereafter departed the camera view on foot.

13. As the male walked away from camera view, LA's camera showed the 2013 Chevrolet Equinox engulfed in flames. Officer LN recorded the footage and provided it to detectives upon their arrival.

14. Officers also learned that several homes on Herrera Road had cameras affixed to the front of their residence and officers viewed the surveillance footage. One camera view showed the male (BRISCOE) walk away from the burnt vehicle, approach EL and DP in their yard at 3304 Herrera Road, point a handgun at them, and ultimately flee to 3321 Herrera Road NW. Additional video from an unrelated address, showed the same male, hit or kick in the front door to 3321 Herrera Road NW, gain entry to the home, and subsequently flee in SC's gray Dodge Avenger.

15. In the videos reviewed by officers and provided to detectives, BRISCOE, is seen on video surveillance wearing a dark colored shirt and black and white shorts, at the attempted carjacking at 3304 Herrera Road NW, the successful carjacking at 3321 Herrera Road NW, and the vehicle fire at 4501 Rincon Place NW. In each of the videos, BRISCOE is seen in possession of a firearm before, during, or after the commission of each crime.

16. Upon further investigation into the incidents, I am aware BRISCOE walked to a nearby home at 4505 Rincon Pl NW, immediately after he walked away from the Chevrolet Equinox and before it was engulfed in flames. I learned the home BRISCOE arrived at, belonged to a relative of BRISCOE. As a result, Detective LA from APD's homicide unit interviewed the homeowner, FC. During questioning, FC was shown still photographs of the male in surveillance videos from the surrounding area and FC positively identified the suspect in the photos as BRISCOE.

**Dodge Avenger Located**

17. On September 8, 2020, at approximately 5:30 am, the Bernalillo County Sherriff's Office notified APD dispatch that the gray Dodge Avenger had been located, unoccupied, within the 1100

block of Bonito Road SW. APD Crime Scene Investigator BD responded to the location and processed the vehicle for evidence. The vehicle was then towed to a secure police facility pending additional investigation.

### INTERSTATE NEXUS

18. I confirmed SC's gray Dodge Avenger was manufactured outside the State of New Mexico. I also confirmed EL's white Ford Truck was manufactured outside the State of New Mexico. I am also aware no firearms are manufactured within the State of New Mexico.

### CONCLUSION

19. Based on the above information, I believe there is probable cause to charge BRISCOE with the following violations: 18 U.S.C. § 2119 (2-counts), 18 U.S.C. § 924(c)(1)(A)(ii), 18 U.S.C. § 924(c)(1)(A)(iii) and 18 U.S.C. §§ 922(g)(1) and 924. This affidavit was reviewed by Supervisory Assistant U.S. Attorney Jack Burkhead of the District of New Mexico.

Respectfully submitted,

*[signature]*

Isaac Romero
Task Force Officer
Federal Bureau of Investigation

Electronically submitted and telephonically sworn to me on September __10__, 2020:

*[signature]*

The Honorable Kirtan Khalsa
United States Magistrate Judge