FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, )
          Plaintiff, )
          vs. )
**DAKOTA DON BRISCOE, a.k.a. "Outlaw," and ANGELA MONIQUE SALCIDO,** )
          Defendants. )

CRIMINAL NO. 20-CR-1777

Counts 1 and 8: 18 U.S.C. § 2119(1): Carjacking;

Counts 2 and 9: 18 U.S.C. § 924(c)(1)(A)(iii): Using and Carrying a Firearm During and in Relation to a Crime of Violence, and Possessing a Firearm in Furtherance of Such Crime; Discharging Said Firearm;

Count 3: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B): Possession with Intent to Distribute 50 Grams and More of a Mixture and Substance Containing Methamphetamine;

Counts 4 and 6: 18 U.S.C. § 2119(1): Attempted Carjacking;

Counts 5 and 7: 18 U.S.C. § 924(c)(1)(A)(ii): Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence, and Possessing and Brandishing a Firearm in Furtherance of Such Crime;

Counts 10 and 11: 18 U.S.C. §§ 922(g)(1) and 924: Felon in Possession of a Firearm and Ammunition;

Count 12: 18 U.S.C. §§ 922(a)(6) and 924: False Statements in Conjunction with the Acquisition of a Firearm;

Count 13: 18 U.S.C. §§ 922(d)(1) and 924: Transfer of a Firearm and Ammunition to a Prohibited Person;

) Count 14: 18 U.S.C. § 924(a)(1)(A): False
) Statement in a Firearms Transaction.

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### Count 1

On or about August 28, 2020, in Bernalillo County, in the District of New Mexico, the defendant, **DAKOTA DON BRISCOE**, with the intent to cause death and serious bodily harm, did take from the person and presence of D.D., by force and violence, and by intimidation, a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, that is, a Honda Accord.

In violation of 18 U.S.C. § 2119(1).

### Count 2

On or about August 28, 2020, in Bernalillo County, in the District of New Mexico, the defendant, **DAKOTA DON BRISCOE**, knowingly used and carried a firearm, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, specifically, carjacking as charged in Count 1 of this indictment, and possessed said firearm in furtherance of such crime, and the firearm was discharged.

In violation of 18 U.S.C. § 924(c)(1)(A)(ii) and (iii).

### Count 3

On or about August 28, 2020, in Bernalillo County, in the District of New Mexico, the defendant, **DAKOTA DON BRISCOE**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, and the offense involved 50 grams and more of a mixture and substance containing methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

### Count 4

On or about September 7, 2020, in Bernalillo County, in the District of New Mexico, the defendant, **DAKOTA DON BRISCOE**, with the intent to cause death and serious bodily harm, attempted to take from the person and presence of R.P., by force and violence, and by intimidation, a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, that is, a Hyundai Elantra.

In violation of 18 U.S.C. § 2119(1).

### Count 5

On or about September 7, 2020, in Bernalillo County, in the District of New Mexico, the defendant, **DAKOTA DON BRISCOE**, knowingly used, carried and brandished a firearm, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, specifically, carjacking as charged in Count 4 of this indictment, and in furtherance of such crime, possessed and brandished said firearm.

In violation of 18 U.S.C. § 924(c)(1)(A)(ii).

### Count 6

On or about September 7, 2020, in Bernalillo County, in the District of New Mexico, the defendant, **DAKOTA DON BRISCOE**, with the intent to cause death and serious bodily harm, attempted to take from the person and presence of E.L., by force and violence, and by intimidation, a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, that is, a Ford truck.

In violation of 18 U.S.C. § 2119(1).

Count 7

On or about September 7, 2020, in Bernalillo County, in the District of New Mexico, the defendant, **DAKOTA DON BRISCOE**, knowingly used, carried and brandished a firearm, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, specifically, carjacking as charged in Count 6 of this indictment, and in furtherance of such crime, possessed and brandished said firearm.

In violation of 18 U.S.C. § 924(c)(1)(A)(ii).

Count 8

On or about September 7, 2020, in Bernalillo County, in the District of New Mexico, the defendant, **DAKOTA DON BRISCOE**, with the intent to cause death and serious bodily harm, did take from the person and presence of S.C., by force and violence, and by intimidation, a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, that is, a Dodge Avenger.

In violation of 18 U.S.C. § 2119(1).

Count 9

On or about September 7, 2020, in Bernalillo County, in the District of New Mexico, the defendant, **DAKOTA DON BRISCOE**, knowingly used and carried a firearm, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, specifically, carjacking as charged in Count 8 of this indictment, and possessed said firearm in furtherance of such crime, and the firearm was discharged.

In violation of 18 U.S.C. § 924(c)(1)(A)(iii).

## Count 10

Beginning on or about August 1, 2020, and continuing to on or about September 7, 2020, in Bernalillo County, in the District of New Mexico, the defendant, **DAKOTA DON BRISCOE**, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically:

(1) unlawful taking of a motor vehicle,

(2) aggravated battery with a deadly weapon,

(3) attempted burglary (dwelling house),

(4) receiving, transferring a stolen motor vehicle,

(5) aggravated assault with a deadly weapon,

(6) unlawful taking of a motor vehicle,

(7) criminal damage to property over $1,000,

(8) receiving or transferring a stolen motor vehicle,

(9) armed robbery with a deadly weapon,

(10) conspiracy to commit armed robbery with a deadly weapon,

knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

## Count 11

On or about September 16, 2020, in Doña Ana County, in the District of New Mexico, the defendant, **DAKOTA DON BRISCOE**, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically:

(1) unlawful taking of a motor vehicle,

(2) aggravated battery with a deadly weapon,

(3) attempted burglary (dwelling house),

(4) receiving, transferring a stolen motor vehicle,

(5) aggravated assault with a deadly weapon,

(6) unlawful taking of a motor vehicle,

(7) criminal damage to property over $1,000,

(8) receiving or transferring a stolen motor vehicle,

(9) armed robbery with a deadly weapon,

(10) conspiracy to commit armed robbery with a deadly weapon,

knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

## Count 12

On or about August 1, 2020, in Bernalillo County, in the District of New Mexico, the defendant, **ANGELA MONIQUE SALCIDO**, knowingly made a false and fictitious written statement to JCT Firearms, that is the defendant falsely answered on the Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record that she was the actual buyer of a firearm and ammunition when she knew, in fact, that she was acquiring the firearm and ammunition on behalf of another person, which is a statement likely to deceive JCT Firearms as to a fact material to the lawfulness of JCT Firearms' sale and the defendant's acquisition of a firearm and ammunition, that is a FN FNX-45 Tactical pistol FDE bearing serial number FX30130328 and .45 caliber Aguila ammunition from JCT Firearms, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code.

In violation of 18 U.S.C. §§ 922(a)(6) and 924.

Count 13

On or about August 1, 2020, in Bernalillo County, in the District of New Mexico, the defendant, **ANGELA MONIQUE SALCIDO**, knowing and having reasonable cause to believe that Dakota Don Briscoe had been previously convicted of at least one crime punishable by imprisonment for a term exceeding one year, knowingly transferred a firearm and ammunition in and affecting commerce to Dakota Don Briscoe.

In violation of 18 U.S.C. §§ 922(d)(1) and 924.

Count 14

On or about August 1, 2020, in Bernalillo County, in the District of New Mexico, the defendant, **ANGELA MONIQUE SALCIDO**, knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18 of the United States Code to be kept in the records of JCT Firearms, a licensed firearms dealer, in that the defendant did falsely state and represent on the Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record, that she was the actual buyer of a firearm and ammunition when she knew, in fact, that she was acquiring the firearm and ammunition on behalf of another person, Dakota Don Briscoe.

In violation of 18 U.S.C. § 924(a)(1)(A).

FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. §§ 922(a), 922(d), 922(g) or 924(c), the defendants, **DAKOTA DON BRISCOE** and **ANGELA MONIQUE SALCIDO**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, specifically a FN FNX-45 Tactical pistol, FDE bearing serial number FX30130328 and .45 caliber ammunition, and a

Black Glock 22, .40 caliber pistol bearing serial number YCA201 and .40 caliber Aguila ammunition.

A TRUE BILL:

/S/

_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney
10/13/20  3:03PM